IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CR-44-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | **ORDER** |
| ) | |
| JARRKU NATA BENNETT, ) | |
| ) | |
| Defendant.   ) | |

On June 14, 2019, Jarrku Nata Bennett ("Bennett" or "defendant") moved pro se "to be granted for the First Step Act the extra 7 days a year." See [D.E. 48]. On August 9, 2019, Bennett was released from the Bureau of Prisons. See https://www.bop.gov/inmateloc/Name: Jarrku Natu Bennett, last checked February 10, 2021. On January 15, 2021, jurisdiction was transferred to the Easter District of Virginia [D.E. 53]. In light of defendant's release, the motion for a reduction of sentence [D.E. 48] is DISMISSED AS MOOT.

SO ORDERED. This 10 day of February 2021.

JAMES C. DEVER III
United States District Judge